## COX v. ROGERS *et al.*

No. 1213.   Opinion Filed November 18, 1911.

(119 Pac. 205.)

**APPEAL AND ERROR**—Failure to File Briefs—Dismissal. Where the plaintiff in error files no brief, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from District Court, Cherokee County; John H. Pitchford, Judge.*

Action by J. D. Cox against Augustus L. Rogers and others. Judgment for plaintiff as to Augustus L. Rogers and in favor of the other defendants, and plaintiff brings error. Dismissed.

*Kenneth S. Murchison,* for plaintiff in error.

*Ezzard & Holtzendorff,* for defendant in error.

Opinion by BREWER, C.   The petition in error and transcript of the record was filed in this court on November 12, 1909. The plaintiff in error has failed to file any brief in the case. The petition in error shall therefore be dismissed for want of prosetion. *Hass et al. v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200; *McClelland v. Witherall, infra,* 119 Pac. 205; *Bender v. Bender et al., infra,* 119 Pac. 205.

By the Court:   It is so ordered.

All the Justices concur.